JAMES F. WILSON, Senior Deputy City Attorney, SB #107289
SUSANA ALCALA WOOD, City Attorney, SB#156366
City of Modesto
1010 10th Street, Suite 6300
P.O. Box 642
Modesto, California 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

**ROBERTO VARGAS,**

          Plaintiff,

  vs.

**CITY OF MODESTO, MODESTO POLICE DEPARTMENT, Does 1 to 100, Inclusive,**

          Defendants.

No. 1:11-CV-01852-AWI-SKO

**STIPULATION AND ORDER RE: DISMISSAL OF THE ACTION**

### STIPULATION

The parties to the above-entitled action hereby stipulate and agree as follows:

1. With the court's approval, the parties, by and through their respective counsel of record, hereby stipulate that and agree, in exchange for the waiver of the defendants' right to recover the costs of defense incurred thus far this action before the U.S. District Court, and in order to allow for the return of this action to the Superior Court of Stanislaus County for litigation to its conclusion, the plaintiff agrees to the dismissal of any and all claims in this action brought under Title 42 U.S.C. section 1983 **with prejudice**, and the dismissal of all state tort claims in this action **without prejudice to their further adjudication before the Superior Court of Stanislaus County California.**

2. Each side is to bear its own costs in the litigation of the action before the U.S. District Court, including attorney's fees.

3. **IT IS SO STIPULATED.**

Date: January 3, 2013                                     Respectfully submitted,

SUSANA ALCALA WOOD
City Attorney


By:  /s/
JAMES F. WILSON
Senior Deputy City Attorney
Attorneys for Defendants

Date: January 3, 2013                                     Respectfully submitted,


By:  /s/
STEVEN A. FABBRO
Attorney for Plaintiff

### ORDER

Based upon the foregoing stipulation and agreement of the parties in the above-entitled action, **IT IS HEREBY ORDERED** that this action is dismissed as follows:

1. All claims advanced by the plaintiff in this action under Title 42 U.S.C. section 1983 are **DISMISSED WITH PREJUDICE**;

2. All claims advanced by plaintiff in this action under state tort and/or state constitutional theories of recovery are **DISMISSED WITHOUT PREJUDICE** to their further adjudication before the Superior Court of the State of California in Stanislaus County, California.

3. Each side is to bear its own costs, including attorney's fees, in this action.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   January 4, 2013                                  _____
UNITED STATES DISTRICT JUDGE